UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21CR131-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| TAWANDA JACKSON, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court on a pending motion filed by the parties in anticipation of trial. (Doc. No. 16). The parties filed this motion prior to Defendant entering a plea agreement, (Doc. No. 35), and prior to the Court accepting and entering her guilty plea in this case, (Doc. No. 36). Upon review of the motion, the parties' arguments, and the specific relief sought, the Court finds this motions is moot because of Defendant's guilty plea.

IT IS THEREFORE ORDERED that the parties' motion (Doc. Nos. 16) is DENIED AS MOOT.

IT IS SO ORDERED.

Signed: June 9, 2022

Frank D. Whitney
United States District Judge

1